| | |
|---|---|
| 1 | Deanna L. Johnston  (SBN 198017) |
|   | Stacy M. Monahan (SBN 218942) |
| 2 | JONES DAY |
|   | 555 California Street, 26th Floor |
| 3 | San Francisco, California 94104 |
|   | Telephone:    (415) 626-3939 |
| 4 | Facsimile:     (415) 875-5700 |
|   | Dljohnston@jonesday.com |
| 5 | Smonahan@jonesday.com |

Daniel J. McLoon (SBN 109598)
Kevin Dorse (SBN 146942)
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, California 90071
Telephone:    (213) 489-3939
Facsimile:     (213) 243-2539
Djmcloon@jonesday.com
Kdorse@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

*E-FILED - 6/12/06*

| | |
|---|---|
| MICHAEL ARIKAT AND PASIMA ARIKAT, | **CASE NO. C: 06 0330 RMW** |
| Plaintiffs, | **STIPULATION OF PARTIES REQUESTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND OBLIGATION TO MEET AND CONFER AND ORDER** |
| v. | |
| JP MORGAN CHASE & CO.; LOWE'S HIW, INC.; MACY'S DEPARTMENT STORES, INC.; MBNA MARKETING SYSTEMS, INC.; MIDCOAST CREDIT CORP.; DISCOVER FINANCIAL SERVICES, INC.; HOME DEPOT USA, INC.; SEARS, ROEBUCK & CO.; WELLS FARGO FINANCIAL CALIFORNIA, INC.; FAIR ISAAC CORP.; TRANS UNION LLC; EQUIFAX INC.; EXPERIAN SERVICES CORP.; | |
| Defendants. | |

**STIPULATION AND ORDER; C: 06 0330 RMW**

1   Pursuant to Rules 6-2 and 7-11 of the Civil Local Rules of the Northern District of
2   California, all parties to this action, through their duly authorized undersigned counsel, stipulate
3   and request as follows:
4   WHEREAS, the complaint in this action was filed on January 18, 2006;
5   WHEREAS, the Court has scheduled a Case Management Conference for June 16, 2006,
6   and ordered the parties to submit a Joint Case Management Statement by June 9, 2006;
7   WHEREAS, Discover Financial Services, Inc., Fair Isaac Corporation, Macy's
8   Department Stores, Inc., Lowe's HIW Inc. and TransUnion LLC filed motions to dismiss or, in
9   the alternative, motions for more definite statement.  All motions, except TransUnion LLC's
10  motion, were heard by this Court on April 28, 2006;
11  WHEREAS, on May 3, 2006, the Court granted Discover Financial Services, Inc., Fair
12  Isaac Corporation, Macy's Department Stores, Inc., and Lowe's HIW Inc.'s motions to dismiss
13  and granted plaintiffs leave to amend;
14  WHEREAS, TransUnion LLC's motion to dismiss is currently scheduled for June 16,
15  2006;
16  WHEREAS, the parties believe that, in the interests of efficiency and of avoiding
17  potentially unnecessary expenses, the Case Management Conference should be continued until a
18  reasonable period of time following the Court's ruling on TransUnion's pending motion to
19  dismiss (the parties respectfully propose that the Case Management Conference be continued to a
20  date at least 30 days following the Court's ruling).
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

1  IT IS HEREBY STIPULATED by and between the parties, through their respective counsel:

1. The Case Management Conference and the deadline for filing a Case Management Statement are hereby continued.

2. The Court shall schedule a Case Management Conference following the Court's ruling on TransUnion LLC's motion to dismiss.

Dated: June 2, 2006                     Respectfully submitted,

                                        LAW OFFICES OF STANLEY G. HILTON


                                        By: /s/ Stanley G. Hilton
                                            Stanley G. Hilton

                                        Attorneys for Plaintiffs MICHAEL ARIKAT
                                        AND PASIMA ARIKAT

Dated: June 2, 2006                     Respectfully submitted,

                                        STROOCK & STROOCK & LAVAN LLP


                                        By: /s/ Andrew W. Moritz
                                            Andrew W. Moritz

                                        Attorneys for Defendants
                                        SEARS ROEBUCK & CO. AND HOME
                                        DEPOT U.S.A., INC.

Dated: June 2, 2006                     Respectfully submitted,

                                        STROOCK & STROOCK & LAVAN LLP


                                        By: /s/ Deborah E. Barack
                                            Deborah E. Barack

                                        Attorneys for Defendant
                                        TRANSUNION LLC

3

| | |
|---|---|
| Dated: June 2, 2006 | Respectfully submitted, |
| | HANSON BRIDGETT MARCU VLAHOS & RUDY, LLP |
| | By: /s/ Julia H. Veit |
| |     Julia H. Veit |
| | Attorneys for Defendant FAIR ISAAC CORPORATION |
| Dated: June 2, 2006 | Respectfully submitted, |
| | DAVIS WRIGHT TREMAINE LLP |
| | By: /s/ Stephen M. Rummage |
| |     Stephen M. Rummage |
| | Attorneys for Defendants LOWE'S HIW, INC. AND MACY'S DEPARTMENT STORES, INC. |
| Dated: June 2, 2006 | Respectfully submitted, |
| | REED SMITH LLP |
| | By: /s/ Felicia Yu |
| |     Felicia Yu |
| | Attorneys for Defendant DISCOVER FINANCIAL SERVICES, INC. |
| Dated: June 2, 2006 | Respectfully submitted, |
| | MORRISON & FOERSTER LLP |
| | By: /s/ James R. McGuire |
| |     James R. McGuire |
| | Attorneys for Defendant WELLS FARGO FINANCIAL CALIFORNIA, INC. |

4

**STIPULATION AND ORDER; C: 06 0330 RMW**

| | |
|---|---|
| Dated: June 2, 2006 | Respectfully submitted, |
| | ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC. |
| | By:  /s/ Albert M.T. Finch, III |
| | Albert M.T. Finch, III |
| | Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC |
| Dated: June 2, 2006 | Respectfully submitted, |
| | JONES DAY |
| | By:  /s/ Deanna L. Johnston |
| | Deanna L. Johnston |
| | Attorneys for Defendant EXPERIAN INFORMATION SOLUTIONS, INC. |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

By:  /s/ Deanna L. Johnston
Deanna L. Johnston
Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

## [PROPOSED] ORDER

Pursuant to the parties' joint stipulation, and good cause appearing therefore, IT IS SO ORDERED.  The Case Management Conference is continued to August 25, 2006 @ 10:30 am.

Dated:  __6/12_____, 2006.

By:  /s/ Ronald M. Whyte
THE HONORABLE RONALD M. WHYTE, UNITED STATES DISTRICT COURT JUDGE

SFI-542556v1

**STIPULATION AND ORDER; C: 06 0330 RMW**