STROOCK & STROOCK & LAVAN LLP
STEPHEN J. NEWMAN (State Bar No. 181570)
DEBORAH E. BARACK (State Bar No. 207493)
LINDSAY G. CARLSON (State Bar No. 235999)
lacalendar@stroock.com
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959

Attorneys for Defendant
TRANSUNION LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION         *E-FILED - 7/5/06*

MICHAEL ARIKAT and PASIMA ARIKAT, ) Case No. C 06-0330 RMW (RS)
)
Plaintiff, ) **STIPULATION AND [PROPOSED]**
) **ORDER BETWEEN PLAINTIFFS AND**
vs. ) **DEFENDANT TRANSUNION LLC**
) **REGARDING FIRST AMENDED**
JP MORGAN CHASE & CO.; LOWE'S HIW, ) **COMPLAINT**
INC.; MACY'S DEPARTMENT STORES, )
INC.; MBNA MARKETING SYSTEMS, INC.; )
MIDCOAST CREDIT CORP.; DISCOVER )
FINANCIAL SERVICES, INC.; HOME )
DEPOT U.S.A., INC.; SEARS, ROEBUCK )
AND CO.; WELLS FARGO FINANCIAL )
CALIFORNIA, INC.; FAIR ISAAC )
CORPORATION; TRANS UNION LLC; )
EQUIFAX, INC.; EXPERIAN SERVICES )
CORP., )
)
Defendants. )
)
)
)

50326717v1
STIPULATION AND [PROPOSED] ORDER BETWEEN PLAINTIFFS AND DEFENDANT TRANSUNION LLC
REGARDING FIRST AMENDED COMPLAINT; Case No. C 06-0330 RMW (RS)

## STIPULATION

WHEREAS, on January 18, 2006, plaintiffs Michael Arikat and Pasima Arikat ("Plaintiffs") initiated this action by filing the Complaint for Monetary Damages, Injunctions and Declaratory Relief (the "Complaint");

WHEREAS, on February 9, 2006, TransUnion filed its Motion to Dismiss the Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) or, in the Alternative, for More Definite Statement Pursuant to Rule 12(e) (the "Motion");

WHEREAS, in the Motion, TransUnion argued, among other things, that the Second Cause of Action for Breach of Contract, the Fourth Cause of Action for Violation of the Equal Credit Opportunity Act and the Fifth Cause of Action for Violation of the Fair Debt Collection Practices Act do not apply to TransUnion as a matter of law and should be dismissed without leave to amend as to TransUnion and that the remaining causes of action were not adequately pleaded and should be dismissed;

WHEREAS, on March 3, 2006, Plaintiffs filed their Opposition to the Motion in which they concede that the Second Cause of Action for Breach of Contract, the Fourth Cause of Action for Violation of the Equal Credit Opportunity Act and the Fifth Cause of Action for Violation of the Fair Debt Collection Practices Act do not apply to TransUnion and request leave to file an amended complaint to adequately plead the remaining causes of action;

WHEREAS, on March 8, 2006, counsel for TransUnion and counsel for Plaintiffs met and conferred regarding the Complaint and the pending Motion to Dismiss;

WHEREAS, during this conversation, Plaintiffs agreed to dismiss the Second, Fourth, and Fifth Causes of Action as to TransUnion and to file an amended complaint in regard to the remaining causes of action.

WHEREAS, on May 30, 2006, Plaintiffs filed the First Amended Complaint that failed to correct any of the defects contained in the original complaint as to TransUnion.

WHEREAS, on June 14, 2006, counsel for TransUnion and counsel for Plaintiffs met and conferred regarding the First Amended Complaint. At that time, TransUnion informed Plaintiffs that it intended to refile its Motion to Dismiss in response to the First Amended Complaint.

1  WHEREAS, during this conversation, Plaintiffs agreed to dismiss the Second, Fourth, and
2  Fifth Causes of Action of the First Amended Complaint as to TransUnion and to file an amended
3  complaint in regard to the remaining causes of action.
4  IT IS HEREBY STIPULATED by and between Plaintiffs and TransUnion, through their
5  respective counsel of record, as follows:
6  1.  The Second, Fourth and Fifth Causes of Action of the First Amended Complaint are
7  hereby dismissed as to TransUnion with prejudice; and
8  2.  Plaintiffs shall file an amended complaint within thirty (30) days of the entry of an
9  order approving this Stipulation; and
10  3.  TransUnion shall have thirty (30) days from the date it is served with the amended
11  complaint to answer or otherwise respond thereto.

Dated: June 14, 2006                STROOCK & STROOCK & LAVAN LLP
                                    STEPHEN J. NEWMAN
                                    DEBORAH E. BARACK
                                    LINDSAY G. CARLSON

                                    By: _____
                                              Deborah E. Barack

                                    Attorneys for Defendant
                                    TRANSUNION LLC

Dated: June __, 2006                LAW OFFICES OF STANLEY G. HILTON
                                    STANLEY G. HILTON

                                    By: _____
                                              Stanley G. Hilton

                                    Attorney for Plaintiffs
                                    MICHAEL ARIKAT and PASIMA ARIKAT

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____         _____
                                    United States District Judge

WHEREAS, during this conversation, Plaintiffs agreed to dismiss the Second, Fourth, and Fifth Causes of Action of the First Amended Complaint as to TransUnion and to file an amended complaint in regard to the remaining causes of action.

IT IS HEREBY STIPULATED by and between Plaintiffs and TransUnion, through their respective counsel of record, as follows:

1. The Second, Fourth and Fifth Causes of Action of the First Amended Complaint are hereby dismissed as to TransUnion with prejudice; and

2. Plaintiffs shall file an amended complaint within thirty (30) days of the entry of an order approving this Stipulation; and

3. TransUnion shall have thirty (30) days from the date it is served with the amended complaint to answer or otherwise respond thereto.

Dated: June __, 2006

STROOCK & STROOCK & LAVAN LLP
STEPHEN J. NEWMAN
DEBORAH E. BARACK
LINDSAY G. CARLSON

By: _____
Deborah E. Barack

Attorneys for Defendant
TRANSUNION LLC

Dated: June 14, 2006

LAW OFFICES OF STANLEY G. HILTON
STANLEY G. HILTON

By: _____
Stanley G. Hilton

Attorney for Plaintiffs
MICHAEL ARIKAT and PASIMA ARIKAT

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/5/06                    /S/ RONALD M. WHYTE
                                 United States District Judge