**\*E-FILED\***
**July 7, 2006**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ARIKAT, et al., | No. C 06-00330 RMW (RS) |
| Plaintiffs, | |
| v. | **ORDER OF RECUSAL** |
| | **RE:   REFERRED MATTERS** |
| J.P. MORGAN CHASE & CO., et al., | |
| Defendants. | |

I hereby recuse myself from hearing or determining any matters which have been referred to me as Magistrate Judge in the above-entitled action. The Clerk of Court shall reassign the referred matters in this case to another Magistrate Judge.

IT IS SO ORDERED.

Dated: July 7, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge