**E-FILED on** 8/2/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL ARIKAT AND PASIMA ARIKAT,<br><br>    Plaintiffs,<br><br>    v.<br><br>JP MORGAN CHASE & CO.; LOWE'S HIW, INC.; MACY'S DEPARTMENT STORES, INC.; MBNA MARKETING SYSTEMS, INC.; MIDCOAST CREDIT CORP.; DISCOVER FINANCIAL SERVICES, INC.; HOME DEPOT U.S.A., INC.; SEARS, ROEBUCK AND CO.; WELLS FARGO FINANCIAL CALIFORNIA, INC.; FAIR ISAAC CORPORATION; TRANS UNION LLC; EQUIFAX INC.; EXPERIAN SERVICES CORP.<br><br>    Defendants. | No. C-06-00330 RMW<br><br>ORDER REGARDING PLAINTIFFS' *EX PARTE* APPLICATION TO CONTINUE HEARING<br><br>**[Re Docket No. 112]** |

Defendants Home Depot U.S.A., Inc. and Sears, Roebuck and Co. filed a joint motion to dismiss plaintiffs' amended complaint noticed for hearing on August 4, 2006. The court continued the motions to dismiss filed by defendants Fair Isaac Corporation, Macy's Department Stores, Inc.,

ORDER REGARDING PLAINTIFFS' *EX PARTE* APPLICATION TO CONTINUE HEARING
C-06-00330 RMW
SPT

1  Lowe's HIW, Inc., and Discover Financial Services, Inc. to August 4, 2006.  On July 30, 2006
2  plaintiffs filed an *ex parte* application to continue the August 4, 2006 hearing date for at least one
3  week.  Apparently plaintiffs have not conferred with defendants to discuss continuing the hearing
4  date or regarding a suitable date for the hearing.[1]  If any defendants object to the requested
5  continuance, please provide the court with a letter brief explaining the opposition by the end of the
6  day on Wednesday, August 2, 2006.

8  DATED:     8/2/2006                              *Ronald M Whyte*
                                                    RONALD M. WHYTE
9                                                   United States District Judge

---

[1]   Although plaintiffs' letter was filed electronically, no defendants have filed a response.

ORDER REGARDING PLAINTIFFS' *EX PARTE* APPLICATION TO CONTINUE HEARING
C-06-00330 RMW
SPT                                                 2

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

Stanley Hilton        FROG727@AOL.COM

**Counsel for Defendants:**

| | |
|---|---|
| Deborah Barack | dbarack@stroock.com |
| Albert Finch | tfinch@eakdl.com |
| Martin L. Fineman | edithshertz@dwt.com |
| Brian C. Frontino | bfrontino@stroock.com |
| Deanna L. Johnston | dljohnston@jonesday.com |
| James R. McGuire | jmcguire@mofo.com |
| Stacy Marie Monahan | smonahan@jonesday.com |
| Andrew W. Moritz | Amoritz@Stroock.com |
| Stephen Michael Rummage | steverummage@dwt.com |
| William L. Stern | wstern@mofo.com |
| Darya V. Swingle | daryaswingle@dwt.com |
| Michele Kathleen Trausch | mtrausch@hansonbridgett.com |
| Julia H. Veit | jveit@hansonbridgett.com |
| Chris Jacob Young | cyoung@mofo.com |
| Felicia Yu | fyu@reedsmith.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     8/2/06                             SPT
                                          **Chambers of Judge Whyte**

ORDER REGARDING PLAINTIFFS' *EX PARTE* APPLICATION TO CONTINUE HEARING
C-06-00330 RMW
SPT                                                3