| | |
|---|---|
| 1 | Deanna L. Johnston  (SBN 198017) |
|   | JONES DAY |
| 2 | 555 California Street, 26th Floor |
|   | San Francisco, California 94104 |
| 3 | Telephone:     (415) 626-3939 |
|   | Facsimile:      (415) 875-5700 |
| 4 | Dljohnston@jonesday.com |
| 5 | Daniel J. McLoon (SBN 109598) |
|   | Kevin Dorse (SBN 146942) |
| 6 | JONES DAY |
|   | 555 South Flower Street, 50th Floor |
| 7 | Los Angeles, California 90071 |
|   | Telephone:     (213) 489-3939 |
| 8 | Facsimile:      (213) 243-2539 |
|   | Djmcloon@jonesday.com |
| 9 | Kdorse@jonesday.com |
| 10 | Attorneys for Defendant |
|    | EXPERIAN INFORMATION |
| 11 | SOLUTIONS, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

*E-FILED - 8/23/06*

| | |
|---|---|
| MICHAEL ARIKAT AND PASIMA ARIKAT, | **CASE NO. C: 06 0330 RMW** |
| Plaintiffs, | **STIPULATION OF PARTIES REQUESTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND OBLIGATION TO MEET AND CONFER AND ORDER** |
| v. | |
| JP MORGAN CHASE & CO.; LOWE'S HIW, INC.; MACY'S DEPARTMENT STORES, INC.; MBNA MARKETING SYSTEMS, INC.; MIDCOAST CREDIT CORP.; DISCOVER FINANCIAL SERVICES, INC.; HOME DEPOT USA, INC.; SEARS, ROEBUCK & CO.; WELLS FARGO FINANCIAL CALIFORNIA, INC.; FAIR ISAAC CORP.; TRANS UNION LLC; EQUIFAX INC.; EXPERIAN SERVICES CORP.; | |
| Defendants. | |

///

///

1    Pursuant to Rules 6-2 and 7-11 of the Civil Local Rules of the Northern District of
2 California, all parties to this action, through their duly authorized undersigned counsel, stipulate
3 and request as follows:
4    WHEREAS, the complaint in this action was filed on January 18, 2006;
5    WHEREAS, Discover Financial Services, Inc., Fair Isaac Corporation, Macy's
6 Department Stores, Inc., Lowe's HIW Inc. and TransUnion LLC filed motions to dismiss the
7 complaint or, in the alternative, motions for more definite statement.  All motions, except
8 TransUnion LLC's motion, were heard by this Court on April 28, 2006;
9    WHEREAS, on May 3, 2006, the Court granted Discover Financial Services, Inc., Fair
10 Isaac Corporation, Macy's Department Stores, Inc., and Lowe's HIW Inc.'s motions to dismiss
11 and granted plaintiffs leave to amend;
12    WHEREAS, the first amended complaint in this action was filed on May 30, 2006;
13    WHEREAS, the Court has scheduled a Case Management Conference for August 25,
14 2006, and ordered the parties to submit a Joint Case Management Statement by August 18, 2006;
15    WHEREAS, Discover Financial Services, Inc., Fair Isaac Corporation, Macy's
16 Department Stores, Inc., and Lowe's HIW Inc. filed motions to dismiss the first amended
17 complaint or, in the alternative, motions for more definite statement;
18    WHEREAS, the aforementioned motions were scheduled to be heard by this Court on
19 August 4, 2006, but the hearing did not go forward;
20    WHEREAS, the parties believe that, in the interests of efficiency and of avoiding
21 potentially unnecessary expenses, the Case Management Conference should be continued until a
22 reasonable period of time following the Court's ruling on the currently pending motions to
23 dismiss (the parties respectfully propose that the Case Management Conference be continued to
24 October 20, 2006).
25 / / /
26 / / /
27 / / /
28 / / /

- 2 -

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel:

1. The Case Management Conference and the deadline for filing a Case Management Statement are hereby continued.

2. The Court shall schedule a Case Management Conference for October 20, 2006.

Dated: August 21, 2006                              Respectfully submitted,

                                                    LAW OFFICES OF STANLEY G. HILTON


                                                    By: /s/ Stanley G. Hilton
                                                        Stanley G. Hilton

                                                    Attorneys for Plaintiffs MICHAEL ARIKAT
                                                    AND PASIMA ARIKAT

Dated: August 21, 2006                              Respectfully submitted,

                                                    STROOCK & STROOCK & LAVAN LLP


                                                    By: /s/ Andrew W. Moritz
                                                        Andrew W. Moritz

                                                    Attorneys for Defendants
                                                    SEARS ROEBUCK & CO. AND HOME
                                                    DEPOT U.S.A., INC.

Dated: August 21, 2006                              Respectfully submitted,

                                                    STROOCK & STROOCK & LAVAN LLP


                                                    By: /s/ Deborah E. Barack
                                                        Deborah E. Barack

                                                    Attorneys for Defendant
                                                    TRANSUNION LLC

- 3 -
STIPULATION AND ORDER
Case No. C: 06 0330 RMW

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 21, 2006 | Respectfully submitted, |
| 3 | | HANSON BRIDGETT MARCU VLAHOS & RUDY, LLP |
| 4 | | |
| 5 | | By: /s/ Julia H. Veit |
| 6 | | Julia H. Veit |
| 7 | | Attorneys for Defendant FAIR ISAAC CORPORATION |
| 8 | | |
| 9 | Dated: August 21, 2006 | Respectfully submitted, |
| 10 | | DAVIS WRIGHT TREMAINE LLP |
| 11 | | |
| 12 | | By: /s/ Stephen M. Rummage |
| | | Stephen M. Rummage |
| 13 | | Attorneys for Defendants |
| 14 | | LOWE'S HIW, INC. AND MACY'S DEPARTMENT STORES, INC. |
| 15 | Dated: August 21, 2006 | Respectfully submitted, |
| 16 | | REED SMITH LLP |
| 17 | | |
| 18 | | By: /s/ Felicia Yu |
| 19 | | Felicia Yu |
| 20 | | Attorneys for Defendant DISCOVER FINANCIAL SERVICES, INC. |
| 21 | | |
| 22 | Dated: August 21, 2006 | Respectfully submitted, |
| 23 | | MORRISON & FOERSTER LLP |
| 24 | | |
| 25 | | By: /s/ James R. McGuire |
| | | James R. McGuire |
| 26 | | Attorneys for Defendant |
| 27 | | WELLS FARGO FINANCIAL CALIFORNIA, INC. |
| 28 | | |

- 4 -

STIPULATION AND ORDER
Case No. C: 06 0330 RMW

| | | |
|---|---|---|
| 1 | Dated: August 21, 2006 | Respectfully submitted, |
| 2 | | ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC. |
| 3 | | |
| 4 | | |
| 5 | | By: /s/ Albert M.T. Finch, III<br>    Albert M.T. Finch, III |
| 6 | | Attorneys for Defendant |
| 7 | | EQUIFAX INFORMATION SERVICES LLC |
| 8 | Dated: August 21, 2006 | Respectfully submitted, |
| 9 | | JONES DAY |
| 10 | | |
| 11 | | By: /s/ Deanna L. Johnston<br>    Deanna L. Johnston |
| 12 | | |
| 13 | | Attorneys for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. |
| 14 | | |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By: /s/ Deanna L. Johnston
Deanna L. Johnston
Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

## [] ORDER

Pursuant to the parties' joint stipulation, and good cause appearing therefore, IT IS SO ORDERED.

Dated: __8/23_____, 2006.

By: /s/ Ronald M. Whyte
THE HONORABLE RONALD M. WHYTE, UNITED STATES DISTRICT COURT JUDGE

SFI-546535v1