1

2

3

4                                                              **E-FILED on** ___9/7/06___

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

| | |
|---|---|
| 12  MICHAEL ARIKAT AND PASIMA ARIKAT, | No. C-06-00330 RMW |
| 13            Plaintiffs, | ORDER REGARDING PLAINTIFFS' SEPTEMBER 4, 2006 *EX PARTE* |
| 14 | APPLICATION TO CONTINUE HEARING |
| 15        v. | **[Re Docket No. 130]** |
| 16  JP MORGAN CHASE & CO.; LOWE'S HIW, INC.; MACY'S DEPARTMENT STORES, INC.; MBNA MARKETING SYSTEMS, INC.; | |
| 17  MIDCOAST CREDIT CORP.; DISCOVER FINANCIAL SERVICES, INC.; HOME | |
| 18  DEPOT U.S.A., INC.; SEARS, ROEBUCK AND CO.; WELLS FARGO FINANCIAL | |
| 19  CALIFORNIA, INC.; FAIR ISAAC CORPORATION; TRANS UNION LLC; | |
| 20  EQUIFAX INC.; EXPERIAN SERVICES CORP. | |
| 21            Defendants. | |
| 22 | |

23

24         Plaintiffs seek by *ex parte* application to continue the hearing date for motions to dismiss

25  filed by six of the named defendants[1] currently set for September 8, 2006.  Plaintiffs merely seeks

26  continuance for "at least a week" and does not suggest any alternative dates.  In addition, it is clear

27         [1]    Defendants Home Depot U.S.A., Inc.; Sears, Roebuck and Co.; Fair Isaac
Corporation; Macy's Department Stores, Inc., Lowe's HIW, Inc.; and Discover Financial Services,
28  Inc.

ORDER REGARDING PLAINTIFFS' SEPTEMBER 4, 2006 *EX PARTE* APPLICATION TO CONTINUE HEARING
—C-06-00330 RMW
SPT

1   that the parties have not conferred regarding a mutually suitable alternative date.[2]  Defendant Trans

2   Union LLC's motion to dismiss plaintiffs' First Amended Complaint is currently noticed and set for

3   October 6, 2006.

4          The court hereby sets the new hearing date for defendants Home Depot, Sears, Fair Isaac,

5   Macy's, Lowe's, and Discover's motions to dismiss for October 6, 2006.  The court assumes that the

6   October 6, 2006 motion hearing date has been cleared at least as to plaintiffs (and Trans Union).

7   The court will not continue the motion hearing date again absent a mutually agreed upon date by the

8   parties.

9

10  DATED:       9/6/06                                          _Ronald M Whyte_____

                                                                RONALD M. WHYTE
11                                                              United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

---

27       [2]     It is unclear whether plaintiffs first contacted the moving defendants regarding the
    request for continuance.  Plaintiffs filed a similar *ex parte* application for continuance of the
28  previous hearing date where, as here, the parties do not provide any agreed upon alternative dates.

ORDER REGARDING PLAINTIFFS' SEPTEMBER 4, 2006 *EX PARTE* APPLICATION TO CONTINUE HEARING
—C-06-00330 RMW
SPT                                              2

1 | **Notice of this document has been electronically sent to:**

2 | **Counsel for Plaintiffs:**

3 | Stanley Hilton        FROG727@AOL.COM

4 |

5 | **Counsel for Defendants:**

| | |
|---|---|
| Deborah Barack | dbarack@stroock.com |
| Albert Finch | tfinch@eakdl.com |
| Martin L. Fineman | edithshertz@dwt.com |
| Brian C. Frontino | bfrontino@stroock.com |
| Deanna L. Johnston | dljohnston@jonesday.com |
| James R. McGuire | jmcguire@mofo.com |
| Stacy Marie Monahan | smonahan@jonesday.com |
| Andrew W. Moritz | Amoritz@Stroock.com |
| Stephen Michael Rummage | steverummage@dwt.com |
| William L. Stern | wstern@mofo.com |
| Darya V. Swingle | daryaswingle@dwt.com |
| Michele Kathleen Trausch | mtrausch@hansonbridgett.com |
| Julia H. Veit | jveit@hansonbridgett.com |
| Chris Jacob Young | cyoung@mofo.com |
| Felicia Yu | fyu@reedsmith.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**      9/7/06                           SPT

**Chambers of Judge Whyte**

ORDER REGARDING PLAINTIFFS' SEPTEMBER 4, 2006 *EX PARTE* APPLICATION TO CONTINUE HEARING
—C-06-00330 RMW
SPT                           3