STROOCK & STROOCK & LAVAN LLP
STEPHEN J. NEWMAN (State Bar No. 181570)
DEBORAH E. BARACK (State Bar No. 207493)
lacalendar@stroock.com
2029 Century Park East, Suite 1800
Los Angeles, California  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959

Attorneys for Defendant
  TRANSUNION LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION             *E-FILED - 12/14/06*

| | |
|---|---|
| MICHAEL ARIKAT and PASIMA ARIKAT, | Case No. C 06-0330 RMW (RS) |
| Plaintiff, | **STIPULATION AND []** |
| vs. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| JP MORGAN CHASE & CO.; LOWE'S HIW, INC.; MACY'S DEPARTMENT STORES, INC.; MBNA MARKETING SYSTEMS, INC.; MIDCOAST CREDIT CORP.; DISCOVER FINANCIAL SERVICES, INC.; HOME DEPOT U.S.A., INC.; SEARS, ROEBUCK AND CO.; WELLS FARGO FINANCIAL CALIFORNIA, INC.; FAIR ISAAC CORPORATION; TRANS UNION LLC; EQUIFAX, INC.; EXPERIAN SERVICES CORP., | |
| Defendants. | |

# STIPULATION

WHEREAS, on November 27, 2006, defendant TransUnion LLC ("TU") filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 41, which currently is set for hearing on January 5, 2007 at 9:00 a.m.;

WHEREAS, the remaining defendants in the action have joined in TU's Motion to Dismiss;

WHEREAS, the Court has set a Case Management Conference for December 15, 2006; and

WHEREAS, the parties believe that, in the interests of efficiency and of avoiding potentially unnecessary expense, the Case Management Conference, currently set for December 15, 2006, should be continued to January 5, 2007 to be held following the hearing on TU's Motion to Dismiss.

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that the Case Management Conference, currently set for December 15, 2006 shall be continued to January 5, 2007 to be held following the hearing on TU's Motion to Dismiss. No Case Management Statements need be filed.

Dated: December 12, 2006

LAW OFFICES OF STANLEY G. HILTON

By: /s/ Stanley G. Hilton
       Stanley G. Hilton

Attorneys for Plaintiffs MICHAEL ARIKAT AND PASIMA ARIKAT

Dated: December 12, 2006

STROOCK & STROOCK & LAVAN LLP

By: /s/ Andrew W. Moritz
       Andrew W. Moritz

Attorneys for Defendants
SEARS ROEBUCK & CO. AND HOME DEPOT U.S.A., INC.

50344788v1

- 1 -

STIPULATION AND [] ORDER CONTINUING CASE MANAGEMENT CONFERENCE; Case No. C 06-0330 RMW (RS)

| | | |
|---|---|---|
| 1 | Dated: December 12, 2006 | STROOCK & STROOCK & LAVAN LLP |
| 2 | | |
| 3 | | By: /s/ Deborah E. Barack |
| 4 | | Deborah E. Barack |
| 5 | | Attorneys for Defendant TRANSUNION LLC |
| 6 | | |
| 7 | Dated: December 12, 2006 | DAVIS WRIGHT TREMAINE LLP |
| 8 | | |
| 9 | | By: /s/ Stephen M. Rummage |
| 10 | | Stephen M. Rummage |
| 11 | | Attorneys for Defendants LOWE'S HIW, INC. AND MACY'S DEPARTMENT STORES, INC. |
| 12 | | |
| 13 | Dated: December 12, 2006 | REED SMITH LLP |
| 14 | | |
| 15 | | By: /s/ Felicia Yu |
| 16 | | Felicia Yu |
| 17 | | Attorneys for Defendant DISCOVERY FINANCIAL SERVICES, INC. |
| 18 | Dated: December 12, 2006 | MORRISON & FOERSTER LLP |
| 19 | | |
| 20 | | By: /s/ Chris T. Young |
| 21 | | Chris T. Young |
| 22 | | Attorneys for Defendant WELLS FARGO FINANCIAL CALIFORNIA, INC. |
| 23 | Dated: December 12, 2006 | ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC. |
| 24 | | |
| 25 | | |
| 26 | | By: /s/ Daniel P. McKinnon |
| | | Daniel P. McKinnon |
| 27 | | Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC |
| 28 | | |

Left margin: STROOCK & STROOCK & LAVAN LLP  
2029 Century Park East, Suite 1800  
Los Angeles, California 90067-3086

50344788v1

- 2 -

STIPULATION AND [] ORDER CONTINUING CASE MANAGEMENT CONFERENCE; Case No. C 06-0330 RMW (RS)

Dated:  December 12, 2006

JONES DAY

By: /s/ Deanna L. Johnston
    Deanna L. Johnston

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

## ORDER

IT IS HEREBY ORDERED that Case Management Conference, currently set for December 15, 2006, shall be continued to January 5, 2007 to be held following the hearing on TU's Motion to Dismiss.  No Case Management Statements need be filed.

Dated: 12/14/06

/s/ Ronald M. Whyte
United States District Judge