1 DANIEL PAUL MCKINNON
ATTORNEY AT LAW
2 152 North Third Street
Suite 700
3 San Jose, CA 95112
408-286-0880
4 Fax: 408-286-0337
Email: dmckinnon@eakdl.com
5
Attorneys for Defendant EQUIFAX
6 INFORMATION SERVICES LLC

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 *E-FILED - 1/22/07*

| | |
|---|---|
| MICHAEL ARIKAT and PASIMA ARIKAT, | Case No: C06-0330 RMW (RS) |
| Plaintiff, vs. | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |
| JP MORGAN CHASE & CO.; LOWE'S HIW, INC.; MACY'S DEPARTMENT STORES, INC.; MBNA MARKETING SYSTEMS, INC.; MIDCOAST CREDIT CORP; DISCOVER FINANCIAL SERVICES, INC.; HOME DEPOT U.S.A, INC.; SEARS ROEBUCK AND CO.; WELLS FARGO FINANCIAL CALIFORNIA, INC.; FAIR ISAAC CORPORATION; TRANS UNION LLC; EQUIFAX, INC.; EXPERIAN SERVICES CORP., Defendants. | |

The Court hereby orders that the request of Defendant EQUIFAX INFORMATION SERVICES LLC to substitute THOMAS P. QUINN, JR., California State Bar No: 132268, NOKES & QUINN, 450 Ocean Avenue, Laguna Beach, California, Telephone: (949) 376-3055,

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 1 -

ORDER ON REQUEST FOR APPROVAL
OF SUBSTITUTION OF ATTORNEY

1 | Fax: (949) 376-3070, tquinn@nokesquinn.com, as attorney of record in place and stead of
2 | DANIEL PAUL McKINNON is hereby  XX GRANTED     ____ DENIED.
3
4 | Dated:  1/22/07                             *Ronald M. Whyte*
5 |                                          U.S. District Judge/~~XXXMagistrateXJudgeX~~
6
7
...
28

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 2 -

ORDER ON REQUEST FOR APPROVAL
OF SUBSTITUTION OF ATTORNEY